UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:   19-mj-563 (LIB) |
| Plaintiff, | |
| v. | ORDER OF TEMPORARY DETENTION PENDING HEARING |
| Peter Alan Karl, | |
| Defendant, | |

_____

An initial appearance pursuant to Fed. R. Crim. P. 32.1(a) was conducted on August 27, 2019.   Upon motion of the United States, it is ORDERED that a detention/removal hearing is set for August 29, 2019 at 10:30 a.m. before Magistrate Judge Leo I. Brisbois, Courtroom 3, US Courthouse, 515 West First Street, Duluth, Minnesota.   Pending this hearing, the Defendant, Peter Alan Karl, shall be held in custody by the United States Marshal and produced for the hearing.

Dated:  August 27, 2019                              s/Leo I. Brisbois
                                                                    Leo I. Brisbois
                                                                    U.S. MAGISTRATE JUDGE